# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 23-476

Caption [use short title]

Motion for: Oral Argument

Set forth below precise, complete statement of relief sought:

Oral argument in the above-styled case, set at a date that is available to the court.

D'Cunha v. Northwell Health Systems

MOVING PARTY: Candice D'Cunha                    OPPOSING PARTY: Northwell Health Systems

[ ] Plaintiff          [ ] Defendant
[✓] Appellant/Petitioner  [ ] Appellee/Respondent

MOVING ATTORNEY: E. Scott Lloyd                OPPOSING ATTORNEY: Daniel Sergio Gomez-Sanchez & Kimberly Wilkens

[name of attorney, with firm, address, phone number and e-mail]

LLOYD, LEMMON, & HALE, PLLC                    Littler Mendelson, P.C.

15 Chester Street, Front Royal, VA, 22630      290 Broadhollow Road Suite 305, Melville, NY 11747

Telephone: (540)823-1110; Email: scott@lloydlemmonhale.com    Telephone: (631) 247-4700; Email: dsgomez@littler.com

Court- Judge/ Agency appealed from: United States District Court, Southern District of New York - Judge Vyskocil

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain): _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?   [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
[✓] Unopposed [ ] Opposed [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [✓] No [ ] Don't Know

Is oral argument on motion requested?   [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes [✓] No If yes, enter date: _____

Signature of Moving Attorney: _/s/ E. Scott Lloyd_    Date: 10/18/2023    Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

No. 23-476
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
_____

CANDICE D'CUNHA
                              Plaintiff-Appellant

v.

NORTHWELL HEALTH SYSTEMS
                              Defendant-Appellee

_____

**MOTION FOR ORAL ARGUMENT**
_____

COMES NOW, Plaintiff-Appellant, pursuant to Federal Rule of Appellate Procedure 26(b) and 34(a) and requests that this Court allow oral argument in the above-styled case.

Plaintiff-Appellant desires oral argument in this case and counsel formed the impression that he had requested this of the Court. He came to realize his oversight later, after the timeline for requesting oral argument pursuant to Local Rule 34.1(a) had passed. The reason for this oversight appears to be confusion with a different case in the Fourth Circuit.

Counsel for Plaintiff-Appellant conferred with counsel for Defendant-Appellee regarding this oversight, who takes no position on Plaintiff-Appellant's request for oral argument. Should the Court grant this motion, Defendant-Appellee

1

would like to participate fully in the oral arguments.

Accordingly, Plaintiff-Appellant requests that this appeal be set for oral argument at a date that is available to the Court.

Respectfully submitted,

                                              LLOYD, LEMMON, & HALE, PLLC
/s/ *E. Scott Lloyd*
E. Scott Lloyd
scott@lloydlemmonhale.com
15 Chester Street
Front Royal, VA 22630
Telephone: (540)823-1110
Facsimile: (540) 583-4279
Attorneys for Plaintiff-Appellant
Candice D'Cunha