UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of October, two thousand and twenty-three,

_____

Candice D'Cunha,

    Plaintiff - Appellant,

v.

Northwell Health Systems,

    Defendant - Appellee.

_____

**ORDER**
Docket No. 23-476

Appellant moves for oral argument. IT IS HEREBY ORDERED that the motion is GRANTED. The case is currently set for Monday, October 23, 2023. The parties will each have 10 minutes of argument time.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court